**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-02296-LTB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

802 NORTH MAIN STREET, YUMA, COLORADO,

        Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Unopposed Motion to Vacate Status/Scheduling Hearing (Doc 32 - filed April 13, 2007) is **GRANTED**.  The status/scheduling hearing set **Wednesday, May 2, 2007 is VACATED and RESET for May 15, 2007 at 3:30 p.m.** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

Dated:  April 16, 2007
_____