IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Gwen Daniel | Date:  June 8, 2007 |

_____

| | |
|---|---|
| Civil Case No.  06-cv-02296-LTB-MEH | Counsel: |
| UNITED STATES OF AMERICA, | James Russell |
|     Plaintiff, | |
| v. | |
| 802 NORTH MAIN STREET, YUMA, COLORADO, | |
|     Defendant, | |
| DANIEL LEHMAN, | Harvey Steinberg |
|     Claimant. | |

_____

COURTROOM MINUTES
_____

HEARING - ORAL ARGUMENT

**3:10 p.m.     Court in session.**

Due to the Settlement Agreement **(36)** filed on May 16, 2007, Mr. Tanner, on behalf of the Colorado Housing and Finance Authority, was excused from the hearing.

Argument on Claimant's Motion to Suppress Fruits of Search **(21).**

**3:40 p.m.     Court in recess.**
**3:51 p.m.     Court in session.**

1

Continued argument.

**ORDERED:**   Claimant's Motion to Suppress Fruits of Search **(21)** is **taken under advisement.**

**4:13 p.m.**   **Court in recess/hearing concluded.**

Total in-court time: 00:52