IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02296-LTB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

802 NORTH MAIN STREET, YUMA, COLORADO;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 11, 2007.**

    Defendant's Unopposed Motion to Modify Scheduling Order regarding the Current Deposition Dates of the Witnesses in this Matter [Filed July 10, 2007; Docket #51] is **granted**. The parties must remain mindful of the current discovery deadlines in the case, as well as the Settlement Conference currently scheduled for August 6, 2007. The parties shall promptly notify the Court if any settlement is reached before that time.