IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02296-LTB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

802 NORTH MAIN STREET, YUMA, COLORADO;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 30, 2007.**

    Pending before the Court is the United States' Motion to Compel Discovery [filed July 3, 2007; Docket #48]. Defendant has failed to timely file a response in accordance with D.C. LCivR 7.1C. The Motion is **denied without prejudice** for failure to comply with D.C. LCivR 37.1. Plaintiff may re-file the Motion in accordance with this and all applicable rules.