IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02296-LTB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

802 NORTH MAIN STREET, YUMA, COLORADO,

      Defendant.

_____

ORDER OF INTERLOCUTORY SALE
_____

THIS MATTER comes before the Court on the Unopposed Motion for Order of Interlocutory Sale as to defendant 802 North Main Street, Yuma, Colorado, and the Court having read said Motion and being fully advised in the premises:

FINDS THAT the United States has commenced this action pursuant to 21 U.S.C. § 881;

THAT the Verified Complaint seeks forfeiture of defendant 802 North Main Street, Yuma, Colorado;

THAT Claims and Answers have been file by Daniel Lehman and Colorado Housing and Finance Authority;

THAT the United States, Daniel Lehman, and Colorado Housing and Finance Authority have agreed to an interlocutory sale of the property;

NOW THEREFORE, IT IS ORDERED that the United States, through the Bureau of Immigration and Customs Enforcement Agency, or its designated agents, shall take possession of the property described above, that the property shall be sold, and that the net proceeds of the sale,

defined as all monies remaining after the sale, to include escrows, after all costs associated with the sale have been paid, including but not limited to Realtor's commissions, auction costs, property taxes, closing costs, and liens of record, including the lien of Colorado Housing and Finance Authority, as set forth in the previously filed Settlement Agreement (ECF Document 36), shall be deposited with the Bureau of Immigration and Customs Enforcement Agency as substitute *res* pending final adjudication of this case.

SO ORDERED this ___11th___ day of ___September___, 2007.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK
United States District Court Judge