IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-2296-LTB-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

802 NORTH MAIN STREET, YUMA, COLORADO

        Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Daniel Lehman by and through his attorney Adam M. Tucker, Esq., and claimant Colorado Housing and Finance Authority, by and through attorney John M. Tanner, Esq., have reached a settlement in this case, and have filed Settlement Agreements with the Court resolving all issues in dispute;

THAT no other claims to defendant 802 North Main Street, Yuma, Colorado have been filed;

THAT upon agreement of the parties, Daniel Lehman agrees to forfeit all right, title and interest of defendant 802 North Main Street, Yuma, Colorado, more fully described as:

> Park Hill Addition to the Town of Yuma, Colorado,
> Block 1, Lot 5,
> County of Yuma, State of Colorado

THAT upon entry of Final Order of Forfeiture and sale of defendant 802 North Main Street, Yuma, Colorado, the United States, to the extent of the proceeds of the sale, shall satisfy the first Deed of Trust held by claimant Colorado Housing and Finance Authority in accordance with the terms of the parties' Settlement Agreement;.

THAT upon entry of Final Order of Forfeiture of defendant 802 North Main Street, Yuma, Colorado, the lien held by Guaranty Bank and Trust Company shall be extinguished absolving the United States from any liability in accordance with the terms of the parties' Settlement Agreement; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States shall have full and legal title to defendant 802 North Main Street, Yuma, Colorado, shall enter in favor of the United States;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. §2465, which this Order constitutes, is granted as to defendant 802 North Main Street, Yuma, Colorado.

SO ORDERED this   16th   day of     December    , 2008.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Court Judge